1   STEPHEN S. SMITH (SBN 166539)
    SSmith@stephensmithlaw.com
2   CAROLINE S. HEINDEL (SBN 190967)
    CHeindel@stephensmithlaw.com
3   LAW OFFICES OF STEPHEN S. SMITH, P.C.
    30700 Russell Ranch Rd., Suite 250
4   Westlake Village, California 91362
    Telephone:  310.955.5824
5   Fax:  310.955.5824

6   Attorneys for Defendants
    SCL FOOTWEAR GROUP, LLC.; VIDA
7   SHOES INTERNATIONAL, INC.; SAMMY
    SAFDEYE; and VICTOR DABAH

8

9                   UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12  GAYLE BAREFIELD, an              Case No. 2:15-cv-06462-PSG-AFM
    individual,
13                                   **NOTICE OF SETTLEMENT**
                  Plaintiff,
14
          v.
15
    SCL FOOTWEAR GROUP, LLC, a
16  limited liability company; VIDA
    SHOES INTERNATIONAL, INC., a
17  corporation; SAMMY SAFDEYE,
    an individual; VICTOR DABAH, an
18  individual; and DOES 1-10,
    inclusive,
19
                  Defendants.
20

21

22

23

24

25

26

27

28

LAW OFFICES OF STEPHEN S. SMITH, P.C.
30700 Russell Ranch Rd., Suite 250
Westlake Village, California 91362

NOTICE OF SETTLEMENT

**LAW OFFICES OF STEPHEN S. SMITH, P.C.**
30700 Russell Ranch Rd., Suite 250
Westlake Village, California 91362

1    TO THE COURT AND CLERK OF THE COURT:

2       Plaintiff Gayle Barefield ("Plaintiff") and Defendants SCL Footwear Group,

3    LLC, Vida Shoes International, Inc., Sammy Safdeye and Victor Dabah

4    ("Defendants") (collectively, "Parties") jointly file this "Notice of Settlement" to

5    advise the Court that the Parties have entered into a Settlement Agreement with

6    respect to this action.  The Settlement Agreement is in writing and has been signed

7    by each of the Parties.  Pursuant to Local Rule 40-2, the Parties notified the Deputy

8    Courtroom Clerk of the settlement of this action via telephone call today, June 20,

9    2016.  The Parties will file a stipulation dismissing the action with prejudice,

10   pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1) (A)(ii), upon satisfaction

11   of the Settlement Agreement's terms, but by no later than September 17, 2016,

12   which date is ***before*** the currently-scheduled Final Pre-Trial Conference date of

13   September 19, 2016.

14

15   DATED:  June 20, 2016                  LAW OFFICES OF STEPHEN S.
                                            SMITH, P.C.
16

17                                          By:  /s/ Stephen S. Smith
                                                 STEPHEN S. SMITH (SBN 166539)
18                                               Attorneys for Defendants SCL
                                                 FOOTWEAR GROUP, LLC; VIDA
19                                               SHOES INTERNATIONAL, INC.;
                                                 SAMMY SAFDEYE; and VICTOR
20                                               DABAH

21   DATED:  June 20, 2016                  MIZRAHI LAW, APC

22

23                                          By:  /s/ Ramit Mizrahi
                                                 RAMIT MIZRAHI (SBN 233315)
24                                               Attorneys for Plaintiff GAYLE
                                                 BAREFIELD
25

26

27

28

---

NOTICE OF SETTLEMENT